LONNIE R. SPIVEY v. THE BABCOCK & WILCOX COMPANY.

(Filed 27 September, 1967.)

APPEAL by defendant from *Parker, J.,* February 1967 Civil Session of NEW HANOVER.

This civil action to recover personal injuries was before us at the Spring Term 1965, at which time we reversed the judgment of nonsuit entered at the close of plaintiff's evidence. See *Spivey v. Wilcox Company,* 264 N.C. 387, 141 S.E. 2d 808, where the facts are stated.

Upon the retrial, issues of negligence, contributory negligence, and damages were submitted to the jury and answered in favor of plaintiff. From judgment entered upon the verdict, defendant appeals.

*Aaron Goldberg and James L. Nelson for plaintiff appellee.*
*Marshall & Williams for defendant appellant.*

Per Curiam. We have examined the records and find that the evidence in the second trial was not essentially different from that in the first. The assignments of error disclose no flaws which, in our opinion, influenced the verdict or which would warrant us in setting it aside. The case was tried in accordance with the principles laid down in the former opinion.

No error.